# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KARINA MARTINEZ,

     Plaintiff(s),

v.

JUAN SANCHEZ, et al.,

     Defendant(s).

Case No. 2:22-cv-00520-JCM-NJK

**Order**

Pending before the Court is a stipulation to extend.  Docket No. 21.  The Court hereby **SETS** a hearing on that stipulation for 11:00 a.m. on August 3, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 21, 2022

_____

Nancy J. Koppe
United States Magistrate Judge

1